OPINION — AG — ** COUNTY EXCISE BOARD — MILEAGE — PER DEIM — EXPENSES ** MEMBERS OF THE COUNTY EXCISE BOARD AND EQUALIZATION BOARD MAY `NOT' BE PAID FROM COUNTY FUNDS ANY MILEAGE OR TRAVEL EXPENSES IN CONNECTION WITH MEETINGS OF SAID BOARDS OR IN CONNECTION WITH INSPECTIONS SUCH AS ARE PROVIDED FOR IN 68 O.S. 15.40 [68-15.40] (DAYS, SERVICES, MEETINGS PAYMENT, REIMBURSE) CITE: 68 O.S. 15.39 [68-15.39], 19 O.S. 180.43 [19-180.43], 19 O.S. 180.44 [19-180.44], 19 O.S. 180.45 [19-180.45] (JAMES C. HARKIN)